IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARLEYSVILLE INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 21-cv-252** |
| | : | |
| **THE HARTFORD CASUALTY INSURANCE COMPANY,** | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this ___11TH___ day of August, 2022, the parties having notified the Court that the case has been resolved, IT IS HEREBY ORDERED that the TELEPHONE SETTLEMENT CONFERENCE scheduled for **Thursday, August 18, 2022, at 10:00 A.M.**, before the Honorable Lynne A. Sitarski, United States Magistrate Judge, is **CANCELLED.**

BY THE COURT:

___/s/ Lynne A. Sitarski___
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Michael P. Rausch, Esquire
Thomas E. Schorr, Esquire
Gerald D. Wixted, Esquire