**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HARLEYSVILLE INSURANCE COMPANY, <br> Plaintiff <br> v. <br> THE HARTFORD CASUALTY INSURANCE COMPANY, <br> Defendant. | CIVIL ACTION <br><br> NO.: 2:21-CV-00252 (RBS) <br><br> JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereby jointly file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and request that this Court enter an Order dismissing the matter with prejudice with costs and fees the responsibility of each party.

Respectfully submitted,

_____
Michael P. Rausch, Esquire
DEASEY, MAHONEY, & VALENTINI, LTD.
1601 Market Street, Suite 3400
Philadelphia, Pennsylvania 19103
Tel: (215) 587-9400
mrausch@dmvlawfirm.com
*Counsel for Plaintiff, Harleysville Insurance Company*

Dated: November 9, 2022

*/s/ Thomas Schorr*
Thomas Schorr, Esquire
DILWORTH PAXSON, LLP
2 Research Way
Princeton, New Jersey 08540
Tel: (609) 924-6000
tschorr@dilworthlaw.com
*Counsel for Defendant, Hartford Casualty Insurance Company*

Dated: November 9, 2022